```
                              2nd District- Farmington
                            DAVIS COUNTY, STATE OF UTAH


                      LYNDSEY GINTER vs. USAA INSURANCE AGENCY INC
CASE NUMBER 210700013 Contracts
_____

CURRENT ASSIGNED JUDGE
        ROBERT J DALE

PARTIES
        Plaintiff - LYNDSEY GINTER
        Represented by: BLAKE JOHNSON

        Defendant - USAA INSURANCE AGENCY INC


ACCOUNT SUMMARY
                  Total Revenue Amount Due:           375.00
                                Amount Paid:          375.00
                              Amount Credit:            0.00
                                    Balance:            0.00
          REVENUE DETAIL - TYPE: COMPLAINT - NO AMT S
                         Original Amount Due:         375.00
                          Amended Amount Due:         375.00
                                Amount Paid:          375.00
                              Amount Credit:            0.00
                                    Balance:            0.00


CASE NOTE


PROCEEDINGS
01-07-2021   Filed: Complaint
01-07-2021   Case filed by efiler
01-07-2021   Fee Account created Total Due: 375.00
01-07-2021   Fee Account created
01-07-2021   COMPLAINT - NO AMT S   375.00
01-07-2021   Judge ROBERT J DALE assigned.
01-07-2021   Filed: Return of Electronic Notification
01-11-2021   Filed return: Return of Service
                  Party Served: USAA INSURANCE AGENCY INC
                  Service Type: Personal
                  Service Date: January 08, 2021
                      Garnishee:
01-11-2021   Filed: Return of Electronic Notification
01-26-2021   Filed: Amended Complaint
01-26-2021   Filed: Return of Electronic Notification
01-28-2021   Filed return: Return of Service
                  Party Served: USAA INSURANCE AGENCY INC
                  Service Type: Personal
                  Service Date: January 27, 2021
```

```
                Garnishee:
01-28-2021   Filed: Return of Electronic Notification
02-17-2021   Filed: Amended Complaint
02-17-2021   Filed: Return of Electronic Notification
02-24-2021   Filed: Notice of Filing of Notice of Removal to United States
             District Court
02-24-2021   Filed: Return of Electronic Notification
```